UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **Joyce Williams**, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:11-cv-01092-DDN |
| | ) | |
| **Missouri Department of Corrections et al,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

The above-styled case was filed in the Eastern Division of this court, in error, on 06/17/2011 and assigned to Magistrate Judge David D. Noce. Because the jurisdiction of this matter lies in the Southeastern Division of this district, this case should have been assigned a Southeastern Division cause number.

**IT IS THEREFORE ORDERED** that the above styled cause is transferred to the Southeastern Division of this court and assigned Case No.1:11-cv-00107-SNLJ. The Honorable Stephen N. Limbaugh, Jr. will preside.

Case No. 4:11-cv-01092-DDN is hereby administratively closed.

Dated this 21st day of June, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

Please refer to Case No. 1:11-cv-00107-SNLJ in all future matters concerning this case.